

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00213-CV

Sylvia **MORAN** and Leo J. Moran,
Appellants

v.

**WELLS FARGO USA HOLDINGS, INC.**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2019-CV-02303
Honorable Gloria Saldana, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the appellants' motion to dismiss is GRANTED, and this appeal is DISMISSED. Costs of the appeal are taxed against the party who incurred them.

SIGNED September 25, 2019.

_____
Rebeca C. Martinez, Justice